THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CHIARELLO, Appellant, v JAMES L. BERBARY, as Superintendent of Collins Correctional Facility, Respondent.

Submitted December 26, 2006; decided February 15, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge JONES taking no part.

In the Matter of NEIL M. SISKIND, Petitioner, v COURTNEY A. SCHAEL, Appellant. ROBERTA NANCY KAUFMAN, Nonparty Respondent.

Submitted January 2, 2007; decided February 15, 2007

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the proceeding within the meaning of the Constitution.

Judge JONES taking no part.

SWEENEY, COHN, STAHL & VACCARO, et al., Respondents-Appellants, v GEORGE KANE et al., Appellants-Respondents, et al., Defendant.

Submitted December 4, 2006; decided February 15, 2007

Motion and cross motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge JONES taking no part.